**FREEMAN, NOOTER & GINSBERG**
ATTORNEYS AT LAW

LOUIS M. FREEMAN                                                                   75 MAIDEN LANE
THOMAS H. NOOTER*                                                                      SUITE 503
LEE A. GINSBERG                                                                NEW YORK, N.Y. 10038

                                                                                  (212) 608-0808
*NY AND CALIF. BARS                                                   TELECOPIER (212) 962-9696

August 3, 2018

Honorable Paul A. Engelmayer
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                              CONSENT LETTER MOTION

RE:   United States v. Tiffany Amponsah, et al, 17 Cr 631 (PAE)
      CONSENT Motion to Modify Bail Conditions.

Your Honor:

   This is a request to extend my client' travel limitations for one day, <u>tomorrow</u>, August 4, 2018, so that she can drive with her cousin to Washington, DC, for the day, returning to New York that evening.

   I have conferred with AUSA Sebastian Swett with respect to this request and he has no objection. I understand Pre-Trial Services has no objection but want me to seek a Court order permitting the travel on Saturday.

   Thank you.

                                                   Sincerely,


                                                    /s/ *Thomas H. Nooter*
                                                   Thomas H. Nooter
                                                   Attorney for Defendant Amponsah


cc:   AUSA Sebastian Swett, by ECF