Case 1:17-cr-00631-PAE   Document 110   Filed 08/03/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2018

FREEMAN, NOOTER & GINSBERG
———————— ATTORNEYS AT LAW ————————

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

August 3, 2018

Honorable Paul A. Engelmayer
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

CONSENT LETTER MOTION

RE:   United States v. Tiffany Amponsah, et al, 17 Cr 631 (PAE)
      CONSENT Motion to Modify Bail Conditions.

Your Honor:

        This is a request to extend my client' travel limitations for one day,
tomorrow, August 4, 2018, so that she can drive with her cousin to Washington,
DC, for the day, returning to New York that evening.

        I have conferred with AUSA Sebastian Swett with respect to this request
and he has no objection. I understand Pre-Trial Services has no objection but want
me to seek a Court order permitting the travel on Saturday.

        Thank you.

                                                        Sincerely,

**GRANTED.** Mr. Amponsah shall notify the Pretrial
Services Department upon her return to the District.
The Clerk of Court is requested to terminate the
motions at Dkt. Nos. 90 and 110.

                        8/3/2018

SO ORDERED.

_Paul A. Engelmayer_ (signature)

_/s/ Thomas H. Nooter_
Thomas H. Nooter
Attorney for Defendant Amponsah

PAUL A. ENGELMAYER
United States District Judge

cc:   AUSA Sebastian Swett, by ECF